O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-6709-AHM (AGRx) | Date | November 16, 2009 |
|---|---|---|---|
| Title | VANCECO, INC. v. ISSEI KAWABATA, et al. | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| Sandy Eagle | Cindy Nirenberg | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | |
| Michael Weiss | Sheldon Eisenberg | |

**Proceedings:** Defendant Issei Kawabata's Motion to Dismiss for Lack of Jurisdiction, Forum Non Conveniens and Insufficient Proof of Service [7]

Hearing held; appearances made.

Court hears oral argument, and DENIES Defendant Issei Kawabata's Motion to Dismiss [7].

: 16

Initials of Preparer   se