O

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-6709 AHM (AGRx) | Date | December 10, 2009 |
|---|---|---|---|
| Title | VANCECO, INC. v. ISSEI KAWBATA, et al. | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | | |
|---|---|---|---|
| Stephen Montes | Not Reported | | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. | |

Attorneys **NOT** Present for Plaintiffs:       Attorneys **NOT** Present for Defendants:

**Proceedings:**       IN CHAMBERS (No Proceedings Held)

The Court GRANTS the parties' joint request for entry of default against Defendant Issei Kawabata. Default shall be entered against Defendant Kawabata without prejudice to his right to appeal this Court's denial of his Motion to Dismiss for Lack of Personal Jurisdiction, *Forum Non Conveniens*, and Insufficient Proof of Service.

                                                                                : 
                                                        Initials of Preparer       SMO