O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-6709-AHM (AGRx) | Date | December 7, 2009 |
|---|---|---|---|
| Title | VANCECO, INC. v. ISSEI KAWABATA, et al. | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| Kendra Bradshaw | Bridget Montero | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: | |
| Michael Weiss | None Present | |

**Proceedings:**   SCHEDULING CONFERENCE

Scheduling Conference held.

Counsel filed Stipulation for Entry of Default against defendant Issei Kawabata. Court accepts stipulation and will enter default. Plaintiff shall submit Proposed Judgment.

| | : | 1 |
|---|---|---|
| Initials of Preparer | | KB |