1  **EPSTEIN, TURNER & SONG**
2  A Professional Corporation
   MICHAEL R. WEISS, State Bar No. 180946
3  mrw@etslaw.com
4  SHIVA S. DAVOUDIAN, State Bar No. 232771
   ssd@etslaw.com
5  777 S. Figueroa Street, Suite 4950
6  Los Angeles, California  90017
   Telephone:  (213) 861-7487 ✦ Facsimile:  (213) 861-7488
7

8  Attorneys for Plaintiff
9  VANCECO, INC. dba iD GROUP

```
                    JS-6
              FILED
     CLERK, U.S. DISTRICT COURT

          FEB - 9 2010

     CENTRAL DISTRICT OF CALIFORNIA
     BY                     DEPUTY
```

10              **UNITED STATES DISTRICT COURT**

11              **CENTRAL DISTRICT OF CALIFORNIA**

12

13  **VANCECO, INC. dba iD**          )  **Case No. CV09-6709-AHM (AGRx)**
    **GROUP,**                        )  [The Hon. A. Howard Matz; Courtroom 14]
14                                     )
15              Plaintiff,            )  [PROPOSED] **JUDGMENT**
                                       )
16        vs.                          )
17                                     )  State Court Complaint Served:
    **ISSEI KAWABATA, and DOES**       )  August 14, 2009
18  **1 to 20,** inclusive,           )  Action Removed:  September 16, 2009
19                                     )  Hearing Date:     February 8, 2010
                                       )  Courtroom:        14
20              Defendants.            )  Time:             10:00 A.M.
                                       )
21                                     )
                                       )
22                                     )
                                       )
23  _____ )

24

25

26

27

28

Epstein, Turner & Song
A Professional Corporation
777 S. Figueroa Street
Suite 4950
Los Angeles, CA 90017

- 1 -
**[PROPOSED] JUDGMENT**

Plaintiff Vanceco's Application for Default Judgment was heard on February 8, 2010, in Courtroom 14, in the above-entitled Court, located at 312 N. Spring Street, Los Angeles, California 90012, The Honorable A. Howard Matz presiding.  Appearances, if any, are noted in the record.

NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED:

That Vanceco have and recover from Kawabata the sum of $117,966.52 with interest thereafter as computed under 28 U.S.C. § 1961(a) and Local Rule 58-7 from the date of the entry of this judgment until paid, plus costs of a sum to be determined pursuant to F.R.Civ.P. 54 and Local Rule 54 *et seq.*

DATED: _2/9/2010_                    By: _____
                                     The Hon. A. Howard Matz

*Defendants having so stipulated without prejudice to their appeal,*

Epstein, Turner & Song
A Professional Corporation
777 S. Figueroa Street
Suite 4950
Los Angeles, CA 90017

**[PROPOSED] JUDGMENT**